# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior Judge John L. Kane

Date:   August 7, 2012                             Deputy Clerk: Bernique Abiakam
                                                   Court Reporter: Terri Lindblom

Criminal Action No.:12-cr-00223-JLK-1

UNITED STATES OF AMERICA,              Barbara S. Skalla


                    Plaintiff,

v.

1.      ROBERT JAMES BLANKENSHIP,      Lisabeth Perez Castle

                    Defendant.


## COURTROOM MINUTES

**Motions Hearing**

**10:06 a.m.     Court in session.**

Court calls case.  Counsel present.  Defendant present in custody

Preliminary remarks by the Court.

Discussion regarding State Competency Evaluation and Doc. No. 49.

**ORDERED:   Defendant shall produce the State Competency Evaluation as soon as practicable.**

**ORDERED:   Speedy Trial is tolled until there has been a determination regarding the competency of the Defendant.**

**ORDERED:   Unopposed Motion For Competency Evaluation And Hearing To Determine Mental Competency To Proceed (Filed 7/26/12; Doc. No. 49) is taken UNDER ADVISEMENT.**

**ORDERED:   Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.**


**10:13 a.m.    Court in recess.**
Hearing concluded.
Time in court - 7 minutes.