**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date:  August 27, 2012                          Deputy Clerk: Bernique Abiakam
                                                Court Reporter: Terri Lindblom

Criminal Action No.:12-cr-00223-JLK-1

UNITED STATES OF AMERICA,                       Barbara S. Skalla

       Plaintiff,

v.

1.    ROBERT JAMES BLANKENSHIP,                 Lisabeth Perez Castle

       Defendant.

## COURTROOM MINUTES

**Status Conference**

**11:15 a.m.   Court in session.**

Court calls case.  Counsel present.  Defendant present in custody.

Preliminary remarks by the Court.

Discussion regarding State Competency Evaluation and Doc. No 49.

Statement by Ms. Skalla.

**ORDERED:   Unopposed Motion for Competency Evaluation And Hearing To Determine Mental Competency To Proceed (Filed 7/26/12; Doc. No. 49) is GRANTED.**

**ORDERED:   Dr. Richard Martinez, M.D. shall be appointed to perform Competency Evaluation of the Defendant.**

**ORDERED:   Defendant is REMANDED to the custody of the United States Marshal for the District of Colorado.**

**11:21 a.m.   Court in recess.**
Hearing concluded.
Time in court - 6 minutes.