# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam  
Court Reporter: Gwen Daniel  
Probation Officer: Justine Kozak

Date:  January 6, 2015

Criminal Action No.: 12-cr-00223-JLK-1

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Barbara S. Skalla |
| Plaintiff, | |
| v. | |
| 1.  ROBERT JAMES BLANKENSHIP, | Lisabeth Perez Castle |
| Defendant. | |

## SENTENCING MINUTES

**10:01 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

**Change of Plea Hearing: February 28, 2014.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

10:34 a.m.    Comments and rulings by the Court.

**ORDERED:   Defendant Blankenship's Motion For Downward Departure, Sentencing Memorandum And Request For Variant Sentence (Filed 12/23/14; Doc. No. 214) is GRANTED in PART, as to downward departure, and DENIED in PART, as to variant sentence.**

*12-cr-00223-JLK-1*
*Sentencing*
*January 6, 2015*

**ORDERED:   Government's Motion [Filed 12/23/14; Doc. No. 217] is GRANTED.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count One** to a term of imprisonment of **120 months**.
**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **5 years**.

**Conditions of supervised release:**
- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)   Defendant shall not commit another federal, state or local crime.
- (X)   Defendant shall not possess a firearm or destructive device.
- (X)   Defendant shall comply with the standard conditions adopted by the Court.
- (X)   Defendant shall not illegally possess controlled substances.
- (X)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)   Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X)   Defendant shall participate in a program of testing and treatment for substance abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X)   Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by the probation officer
- (X)   Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer.  Defendant shall pay the cost of the treatment as directed by the probation officer.
- (X)   The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment.
- (X)   Defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist. The defendant cooperate with random blood tests as requested by his

*12-cr-00223-JLK-1*
*Sentencing*
*January 6, 2015*

                treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

(X)    Defendant shall submit his person, property, house, residence, papers, or office to a search conducted by United States probation officer. Failure to submit to search may be grounds for revocation of release. Defendant shall warn any other occupants that the premises maybe subject to searches pursuant to this condition. Any officer may conduct a search pursuant to this condition when reasonable suspicion exists that he has violated a condition of his supervision and that the areas to be searched contain evidence of the violation. Any search will be conducted at reasonable time and in a reasonable manner.

(X)    Defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense, Pursuant to F.R.C.P. Rule 32.2 and the Defendant's admission to the forfeiture allegation contained in the Indictment.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

It is the RECOMMENDATION of the Court that the Bureau of Prisons places the Defendant at a facility that has the RDAP program, CHALLENGE program, and DE-GANGING program.

**ORDERED:**   **The Government's Oral Motion To Dismiss Counts Two and Three of the Indictment is GRANTED.**

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:48 a.m.**   **Court in recess.**
Hearing concluded.
Total in-court time: 47 minutes.

3